# EXHIBIT "A"

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2024-00200 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.)
Mr. Tyler Norasingh

**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148  mbadwan@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

**Name**: Rosecrance, Inc.
**No. Employees, Members**: 15+
**Phone No.**: (888) 928-0212
**Street Address**: 605 Mulberry Street
**City, State and ZIP Code**: Rockford, IL, 61103-6746
**Email Address**: lmioni@rosecrance.org

**No. Employees, Members**: 15+

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 4/2023
Latest: 4/2023
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I, Tyler Norasingh, was hired at Rosecrance, Inc. as a recovery specialist on or about March 16, 2023, until I was unlawfully terminated on or about April 11, 2023, on the basis of my disability. I have a physical/mental impairment that substantially limits major life activities. Regardless of my disability, I was qualified to perform the essential functions of my job, with or without reasonable accommodation.

The following is a non-exhaustive list of the disability discrimination, disability harassment, and retaliation I was subjected to:

On or about April 9, 2023, I was granted permission to seek treatment at a facility to address a severe flare-up of my disability. My employer initially approved this request, leading me to believe they had my best interests at heart. However, what unfolded proved otherwise.

On or about April 11, 2023, my employer delivered the unexpected news of my termination, citing "long-term success concerns" as the reason. It became evident that this decision was a form of retaliation and discrimination tied directly to my disability, as evidenced by the company's refusal to engage in the interactive process the moment my disability flared up.

My employment was terminated during a period when my disability was causing significant challenges. My employer effectively denied my request for reasonable accommodation and therefore did not engage in the interactive process to determine the appropriate accommodation as required by the ADA.

Thus, I have been discriminated against because of my disability and retaliated against in violation of the Americans with Disabilities Act, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10 / 04 / 2023
*Date* / *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)

Doc ID: d969aade324f30ca7666ec67ef5dd43ddaf9f248